Same case below, 385 Fed. Appx. 604.

No. 10-7945. Stevie West, Petitioner v. United States.

562 U.S. 1191, 131 S. Ct. 1028, 178 L. Ed. 2d 850, 2011 U.S. LEXIS 617.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 612 F.3d 993.

No. 10-7947. Liang Yang, Petitioner v. United States.

562 U.S. 1191, 131 S. Ct. 1028, 178 L. Ed. 2d 850, 2011 U.S. LEXIS 706.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 390 Fed. Appx. 859.

No. 10-7948. Robert Allen Stanford, Petitioner v. United States.

562 U.S. 1191, 131 S. Ct. 1028, 178 L. Ed. 2d 850, 2011 U.S. LEXIS 632.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 394 Fed. Appx. 73.

No. 10-7951. Rikky Alan Johnson, Petitioner v. United States.

562 U.S. 1191, 131 S. Ct. 1029, 178 L. Ed. 2d 850, 2011 U.S. LEXIS 628.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 395 Fed. Appx. 637.

No. 10-7952. Jason E. Kurtz, Petitioner v. Wisconsin.

562 U.S. 1192, 131 S. Ct. 1029, 178 L. Ed. 2d 850, 2011 U.S. LEXIS 654.

January 18, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

Same case below, 321 Wis. 2d 478, 774 N.W.2d 476.

No. 10-7954. Pedro Reyes-Gutierrez, aka Pedro Reyes Gutierrez, Petitioner v. United States.

562 U.S. 1192, 131 S. Ct. 1029, 178 L. Ed. 2d 850, 2011 U.S. LEXIS 641.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 390 Fed. Appx. 865.

No. 10-7955. Ronald Robert Evans, Sr., Petitioner v. United States.

562 U.S. 1192, 131 S. Ct. 1029, 178 L. Ed. 2d 850, 2011 U.S. LEXIS 685.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 395 Fed. Appx. 617.

No. 10-7956. Francisco Javier Corrales-Felix, Petitioner v. United States.

562 U.S. 1192, 131 S. Ct. 1029, 178 L. Ed. 2d 850, 2011 U.S. LEXIS 631.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 396 Fed. Appx. 474.